# Order

Michigan Supreme Court
Lansing, Michigan

December 28, 2006

132202

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JAMIL B. THOMAS,
        Defendant-Appellant.

SC: 132202
COA: 268241
Wayne CC: 95-009634

_____/

On order of the Court, the application for leave to appeal the August 16, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

Clerk

s1218